UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TORREY BROWN,

        Plaintiff,

v.

WALENDZIK, *et al.*,

        Defendants.

_____/

Case No. 2:26-cv-11831

District Judge Linda V. Parker
Magistrate Judge Anthony P. Patti

## **ORDER STRIKING PLAINTIFF'S LETTER (ECF No. 11)**

The Court recently received a letter from Plaintiff expressing concern about how much money is being taken from his prison account toward his filing fee. (ECF No. 11.)  It seeks advice from the Court as to how much money should be coming out of his account and at what rate.  My Practice Guidelines for *pro se* litigants make clear that, "The Court  does not give legal advice to either side and expects that pleadings and motions will be in appropriate form. Letters to the Court are neither pleadings nor motions and will be stricken."  The Court speaks through its orders, and, as previously expressed, does not give advice or answer questions.  Plaintiff's letter (ECF No. 11) is **HEREBY STRICKEN** and he is **DIRECTED** to read the prior order explaining how fees are collected (ECF No. 4), a second copy of which is attached to the instant order.  If Plaintiff believes that the

1

MDOC is taking more than permitted, he may file a grievance with the prison, if applicable. It is **SO ORDERED**.

Dated: July 23, 2026

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE